UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: DANIEL EVERETT, Plaintiff. | Case No. 19-mc-80246-VC<br><br>**ORDER RE PREFILING REVIEW** |
|---|---|

The Clerk's Office erroneously filed this matter contrary to a prefiling order filed February 1, 2019, in *State Bar of California v. Daniel Everett*, 18-cv-05879-SI. The undersigned General Duty Judge has now reviewed the Petition for Removal in accordance with the prefiling order and determined that the action is clearly not subject to removal. Therefore, the Clerk is directed not to accept the Petition for filing. The action is deemed never to have been removed.

This miscellaneous case is dismissed.

**IT IS SO ORDERED.**

Dated: September 26, 2019

_____
VINCE CHHABRIA
United States District Judge – General Duty Judge